**From:** Maggie Minton
**Sent:** Thursday, December 26, 2024 7:12 AM
**To:** David Seiler <David.Seiler@usaig.com>
**Cc:** Judy Moose <judy.moose@akaerospace.com>; John Oberst <joberst@akaerospace.com>; Robert Greene <robert.greene@akaerospace.com>; Shannon Edwards <shannon.edwards@akaerospace.com>; Adam Cook <acook@BHB.com>
**Subject:** RE: PSCA Ground Test Anomaly (July 2024) Claim Inquiry
**Importance:** High

Good morning David-

I hope you are yours are having a wonderful holiday season. I have not heard back from your regarding the emails below, but I did get a delivery/read receipt so I am hopeful that the email below made it to you. Again, just reaching out to inquire about the Claim number for the anomaly during an ABL Space Systems Pre-Launch activity that resulted in environmental and infrastructure damage to the Pacific Spaceport Complex-Alaska this past July (19 July 2024). Request the claim number for our files as soon as possible. We also respectfully request a copy of the full policy as we currently only have a COI. We are anticipating invoices related to this claim to be submitted to USAIG next month and are trying to ensure we have accurate information regarding the claim and to whom the invoices should be provided to. Thank you for your help.

**Maggie F. Minton**
Chief Operating Officer
Aurora Launch Services
O:907.771.8039
*A wholly owned subsidiary of Alaska Aerospace*


**From:** Maggie Minton
**Sent:** Wednesday, December 4, 2024 9:58 AM
**To:** David Seiler <David.Seiler@usaig.com>
**Cc:** Judy Moose <judy.moose@akaerospace.com>; **John** Oberst <joberst@akaerospace.com>; **Robert** Greene <robert.greene@akaerospace.com>; Shannon Edwards <shannon.edwards@akaerospace.com>
**Subject:** RE: PSCA Ground Test Anomaly (July 2024) Claim Inquiry

David-

I hope you had a great Thanksgiving. I wanted to reach out to make sure you received the inquiry below and ensure you don't require any additional information to provide the requested documents. Thanks.

**Maggie F. Minton**
Chief Operating Officer
Aurora Launch Services
O:907.771.8039
*A wholly owned subsidiary of Alaska Aerospace*

**From:** Maggie Minton
**Sent:** Wednesday, November 27, 2024 6:07 PM
**To:** David Seiler <David.Seiler@usaig.com>
**Cc:** Judy Moose <judy.moose@akaerospace.com>; John Oberst <joberst@akaerospace.com>; Robert Greene <robert.greene@akaerospace.com>; Shannon Edwards <shannon.edwards@akaerospace.com>
**Subject:** PSCA Ground Test Anomaly (July 2024) Claim Inquiry

Good evening, David-

As you are probably aware, there was an anomaly during an ABL Space Systems Pre-Launch activity that resulted in environmental and infrastructure damage to the Pacific Spaceport Complex-Alaska this past July (19 July 2024). Alaska Aerospace Corporation is reaching out to inquire if a claim has been opened for this event and if so, request the claim number for our files. We also respectfully request a copy of the full policy as we currently only have a COI. We are anticipating invoices related to this claim to be submitted to USAIG next month and are trying to ensure we have accurate information regarding the claim and to whom the invoices should be provided to. Thank you for your help.

Happy Thanksgiving weekend to you and yours.

**Maggie F. Minton**
Chief Operating Officer
Aurora Launch Services
O:907.771.8039
*A wholly owned subsidiary of Alaska Aerospace*