Adam W. Cook, ABA #0611071
Arina Filippenko, ABA #2311138
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
acook@bhb.com
afilippenko@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA AEROSPACE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES AVIATION UNDERWRITERS INCORPORATED, and UNITED STATES AIRCRAFT INSURANCE GROUP,<br><br>    Defendants. | Case No.: 3:25-cv-00033-HRH |

### RULE 4 AFFIDAVIT OF SERVICE

In compliance with Rule 4(l) of the Federal Rules of Civil Procedure, I hereby certify that copies of the Summons and Complaint were served on defendants as follows:

1. On February 21, 2025, a true and correct copy of the Summons and Complaint was served upon defendant United States Aviation Underwriters, Incorporated, via USPS certified mail, restricted delivery, through its Registered Agent, CT Corporation. A copy of the USPS Return Receipt is filed herewith as Exhibit 1.

2. On February 20, 2025, a true and correct copy of the Summons and Complaint was served upon defendant United States Aircraft Insurance Group, via USPS certified mail, restricted delivery, through its President and CEO, John T. Brogan. Although the USPS Green Card has not been returned, delivery confirmation has been obtained via the USPS' tracking feature at USPS.com. A copy of the USPS tracking confirmation is filed herewith as Exhibit 2.

3. All defendants in this action have now been served with the Summons and Complaint.

DATED this 11th day of March, 2025.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Plaintiff

By: *[signature]*
Adam W. Cook, ABA #0611071
Arina Filippenko, ABA #2311138

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of March, 2025, a true and correct copy of the foregoing was served on the following via U.S. Mail:

United States Aviation Underwriters, Incorporated
C T Corporation System, Registered Agent
28 Liberty St.
New York NY 10005

John T. Brogan, President and CEO
United States Aircraft Insurance Group
125 Broad Street
New York NY 1004

BIRCH HORTON BITTNER & CHEROT

By: *[signature]*